
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 4769 | **DATE** | 9/2/2004 |
| **CASE TITLE** | LORILLARD TOBACCO COMPANY vs. CANSTAR (U.S.A.) INC. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Enter Memorandum Opinion And Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | SEP 0 7 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 67 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| LG | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice | |
| | | | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CANSTAR (U.S.A.) Inc., a Florida<br>corporation, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 03 C 4769<br>)<br>)<br>)<br>)<br>) |

DOCKETED
SEP 07 2004

## MEMORANDUM OPINION AND ORDER

Over a year ago a court-authorized raid on a facility in Franklin Park, Illinois, together with a second seizure, came up with 26,280 cartons of counterfeit Newport cigarettes. That translates into a street value exceeding $1,000,000. Even now the precise dimensions of the scheme are not fully known, primarily because of continued failures of defendants to comply with discovery obligations. With respect to Canstar (U.S.A.) Inc., that failure led to the entry of a default order on May 27, 2004.

Plaintiff filed its brief on damages and attorneys' fees on August 24, 2004. That prompted a letter from Canstars principal, Paul Embury, to the court, dated August 27, 2004 (he apparently did not send a copy to plaintiff), in which he contests the conclusion that Canstar was involved in the illegal operation. But that is too little and too late. They are unverified representations made after the default order was entered, and the default order leaves in place the allegations of the complaint as the record in the case, together with subsequent filings. That record amply supports the order we enter today.

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 2, 2004.