IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



LORILLARD TOBACCO COMPANY,        )
a Delaware corporation,           )
                                  )
                Plaintiff,        )
                                  )
        vs.                       )   No. 03 C 4769
                                  )
CANSTAR (U.S.A.) INC., a Florida  )
corporation, et al.,              )
                                  )
                Defendants.       )

## MEMORANDUM ORDER AND OPINION

Defendants Mohamed Aref (Aref) and his company, Uniglobe International Import/Export, Inc. (Uniglobe) failed to defend in this cigarette counterfeiting case and, indeed, Aref withheld documents, erased hard drive entries and answered various questions untruthfully. Despite those obstacles, plaintiff was able to establish persuasively that Aref and Uniglobe were very much involved in the distribution from the putative source, Canstar (U.S.A.), Inc., against which we awarded $2,500,000 in statutory damages and $500,000 in fees, and the local distributors, Cam-Kat, Inc. and Mustapha Kechtban, against whom we awarded $1,750,000 in statutory damages, plus fees and costs.

We conclude that Aref and Uniglobe fall somewhere in between, but with the added aggravation of their resistance to truthful discovery. We award $2,250,000 in statutory damages, plus fees and costs.

We today have entered an injunctive order that includes the damages, costs and fees awarded.

_____
JAMES B. MORAN
Senior Judge, U. S. District Court

April 12, 2005.